UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

     Plaintiff,

v.                                                                      CASE NO. 8:15-cv-2312-T-23AEP

JOHN DOE,

     Defendant.

_____/

## **ORDER**

     Jessica Fernandez's motion (Doc. 9) for leave to withdraw as the plaintiff's

lawyer in this action is **GRANTED**.

     ORDERED in Tampa, Florida, on October 13, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE