UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> JOHN DOE, subscriber assigned IP address 72.185.95.48, </br></br>  Defendant. | Civil Case No.: 8:15-cv-02312-SDM-AEP |

### NOTICE OF FILING EXHIBITS

PLEASE TAKE NOTICE, Plaintiff is filing the attached exhibits to the Complaint [CM/ECF 1].

 

Respectfully submitted,

By: */s/ M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: */s/ M. Keith Lipscomb*
                                      M. Keith Lipscomb